

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

ANDREW L. FISH
DIRECT DIAL: +1 212 404 8761
PERSONAL FAX: +1 212 818 9606
*E-MAIL:* ALFish@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

July 28, 2021

Application granted.  The parties shall update the Court on the status of settlement negotiations by no later than August 30, 2021.

VIA ECF

SO ORDERED.

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

_____
Hon. Ronnie Abrams
July 29, 2021

      **Re:**    Cohen & Company Financial Management, LLC v. Alesco Preferred Funding IX, LTD., No. 1:21-cv-02039-RA

Dear Judge Abrams:

      The parties write to advise the Court that they have reached an agreement in principle to resolve this dispute and to request that the proceedings (including all current deadlines) be stayed while settlement documents are prepared and finalized.

      Currently, the defendant's response to the amended complaint and the parties' joint letter and proposed scheduling order are due on August 2, 2021, and the initial pretrial conference is scheduled for August 13, 2021. The parties request that the deadlines be stayed and the conference adjourned, and that the Court set a control date for approximately 30 days for the parties to report on the status of settlement finalization in the event the matter has not yet been voluntarily dismissed. Granting this relief will conserve the resources of the parties and the Court and facilitate the resolution of this dispute.

      No prior request for this relief has been made. This Court previously granted the parties' joint requests for two extensions of time for the defendant to respond to the amended complaint (from June 18, 2021 to July 2, 2021, and from July 2, 2021 to August 2, 2021). In addition, this Court previously granted defendant a 30-day extension of time from March 31, 2021, to April 30, 2021, to respond to the original complaint.

DUANE MORRIS LLP

230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079        PHONE: +1 212 818 9200   FAX: +1 212 818 9606

DuaneMorris

The Honorable Ronnie Abrams
July 28, 2021
Page 2

                                                                   Respectfully submitted,

                                                                   /s/
                                                                   Andrew L. Fish

cc: All counsel (via ecf)